FILED

AUG 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRIANA CHRISTIE, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>TUESDAY MORNING, INC., a Texas corporation,<br><br>　　　　Defendant - Appellee. | No. 15-55923<br><br>D.C. No. 2:14-cv-06505-PSG<br>Central District of California,<br>Los Angeles<br><br>ORDER |

　　　Appellant's motion to dismiss this appeal (Docket Entry 19) is granted.

Fed. R. App. P. 42(b).

　　　A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　　　　By: Margaret A. Corrigan
　　　　　　　　　　　　　　　　　Circuit Mediator

MAC/Mediation